IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Copperhead Industrial Inc., *et al.*, | : | |
| | : | Case No. 1:17-cv-609 |
| Plaintiffs, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Overruling Objections and |
| G.E. Schmidt, Inc., *et al.*, | : | Affirming Report and Recommendation |
| | : | |
| Defendants. | : | |

This matter was referred to United States Magistrate Judge Stephanie K. Bowman.

Pursuant to such reference, the Magistrate Judge reviewed the pleadings and issued a Report and

Recommendation (Doc. 31) on May 29, 2018 through which she recommended that the Motions

to Dismiss for Lack of Subject-Matter Jurisdiction filed by Defendant G.E. Schmidt, Inc. (Doc.

7) and Defendant Kyokutoh Co., Ltd. (Doc. 15) be denied. Subsequently, Defendants filed

Objections (Doc. 32) to the Report and Recommendation, Plaintiffs filed a Response in

Opposition to the Objections (Doc. 34), and Defendants filed a Reply (Doc. 36).

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered *de novo* the filings in this matter as required by Rule 72(b) of the Federal Rule of

Civil Procedure. Upon consideration of the foregoing, the Court **OVERRULES** the Objections

and **AFFIRMS** the Report and Recommendation.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2018

BY THE COURT:

Susan J. Dlott
United States District Judge